UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MELVIN FAUCHEAUX | CIVIL ACTION |
| VERSUS | NO: 08-3947 |
| BURL CAIN, WARDEN | SECTION: R(6) |

**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations, hereby approves the Report and adopts it as its opinion.

Accordingly, IT IS ORDERED that Faucheaux's motion to stay is GRANTED and the Clerk of Court should mark this action closed for statistical purposes. IT IS FURTHER ORDERED that this Court retain jurisdiction, and Faucheaux is allowed to file a motion to reopen to pursue his federal habeas claims within thirty days after the completion of the state appellate court's *Cordero* review, or, of timely review of any denial of that application by the Louisiana Supreme Court.

New Orleans, Louisiana, this 23rd day of October, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE